No. 239. BEEBE v. MOORMACK GULF LINES, INC., ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis*, denied.

598

*Mr. Marion Beebe, pro se.   Messrs. George H. Terriberry* and *Joseph M. Rault* for respondents.